**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Irais AVILES–GOROSTIETA,
a.k.a. Irais Ailes–Gorostieta,
Defendant–Appellant.**

**No. 11–16191
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 5, 2012.

Peter J. Sholl, Lisset Gonzalez Hanewicz, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Stephen Baer, Federal Public Defender's Office, Tampa, FL, Irais Aviles–Gorostieta, CI McRae–Inmate Legal Mail, McRae, GA, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Of-

fice, Orlando, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Stephen U. Baer, appointed counsel for Irais Aviles–Gorostieta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Aviles–Gorostieta's convictions and sentences are **AFFIRMED.**